UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

ALBERTO RIVERA,                                  :
                                                 :
                                                 :        14 Civ. 5025 (VM)
                                    Plaintiff,   :
                                                 :
                    -against-                    :
                                                 :
WHOLE FOODS MARKET GROUP, INC.,                  :
                                                 :
                                   Defendant.    :
-------------------------------------------------------- x

## DEFENDANT WHOLE FOODS MARKET GROUP, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the under signed counsel for

defendant Whole Foods Market Group, Inc., certifies that Whole Foods Market, Inc., which is

publicly traded on NASDAQ, is the parent corporation of Whole Foods Market Group, Inc.

Dated: New York, New York
       July 9, 2014

                                        Respectfully submitted,

                                        **GREENBERG TRAURIG, LLP**

                                        By: Eric B. Sigda
                                            Eric B. Sigda
                                            200 Park Avenue
                                            MetLife Building
                                            New York, New York 10166
                                            (212) 801-9386
                                            sigdae@gtlaw.com
                                            *Attorneys for Defendant Whole Foods
                                            Market Group, Inc.*