UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ALBERTO RIVERA, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:14-cv-5025 (VM) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE that Plaintiff Rivera moves the Court for the following relief:  to remand this matter to the Supreme Court of the State of New York, New York County.

In support of this motion, Plaintiff Rivera shall rely upon the accompanying Memorandum of Law.

Dated: New York, New York
        August 4, 2014

                                                Respectfully submitted,

                                                BRONSON LIPSKY LLP

                                                By  s/ Douglas B. Lipsky
                                                    Douglas B. Lipsky
                                                630 Third Avenue, Fifth Floor
                                                New York, New York 10017
                                                Phone:  212.392.4772
                                                Fax:  212.444.1030
                                                dl@bronsonlipsky.com

                                                *Attorneys for Plaintiff*